ALFRED R. DUFRENE, APPELLEE, V. DAVID D. SMEATON
ET AL., APPELLANTS.

FILED OCTOBER 5, 1899.   No. 8,976.

1. **Appeal:** TIME TO FILE TRANSCRIPT: JURISDICTION.  To confer juris-
diction upon this court to review a cause on appeal a transcript
of the judgment or final order must be filed with the clerk of this
court within six months from the entry in the district court of
such judgment or final order.

2. ———: ———: ———: CONSENT OF PARTIES.  Consent of parties
can not confer jurisdiction of the subject-matter.

APPEAL from the district court of Douglas county.
Heard below before POWELL, J.  *Dismissed.*

*Gregory, Day & Day,* for appellants.

*Dexter L. Thomas* and *Howard B. Smith, contra.*

NORVAL, J.

This appeal is prosecuted from a final order rendered
by the court below on June 25, 1896.  The appeal must be
dismissed for want of jurisdiction, since no transcript
was filed in this court until December 26, 1896, which
was more than six months after the entry of the final
order sought to be reviewed.  See *Verges v. Roush,* 1 Nebr.,
113; *Glore v. Hare,* 4 Nebr., 131; *Horn v. Miller,* 20 Nebr.,
98; *Chapman v. Allen,* 33 Nebr., 129; *Withnell v. City of
Omaha,* 37 Nebr., 621.  The filing of a transcript of the
judgment or final order in the appellate court within the
time prescribed by statute is a jurisdictional matter
which can not be waived by the parties.

DISMISSED.